IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TIMOTHY JONES,                    )
                                  )
                Plaintiff,        )
                                  )
        v.                        )        1:16CV1093
                                  )
SCOTLAND CORRECTIONAL             )
INSTITUTION,                      )
                                  )
                Defendant(s).     )


ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted a series of nine writings

to the Court within a matter of days. Several consist of prison grievance forms with writings

both in the margins and in designated spaces, while others are on notebook paper. Out of an

abundance of caution, the Court treated the first of them as a civil rights Complaint pursuant

to 42 U.S.C. § 1983 and the remainder as Supplements. The form of the Complaint is such

that serious flaws make it impossible to further process the Complaint. The problems are:

1.      The filing fee was not received nor was a proper affidavit to proceed *in forma
        pauperis* submitted, with sufficient information completed or signed by
        Plaintiff, to permit review.

2.      The Complaint is not on forms prescribed for use by this Court, nor is the
        information requested by such forms and necessary to process the Complaint
        pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR
        7.1(e).

3.      Plaintiff's claims are not clear or understandable. In fact, Plaintiff appears
        delusional. He often refers to himself as "King True Blood," but also claims
        at certain points to be the "King of This World," a "United States U.S.

Marshall Texas Ranger," a federal judge, and the "Cherokee King." Based on these alleged titles, he commands the Court to pay him and his daughter money. Plaintiff also speaks of contracts and lawsuits based on contracts, although the nature of the contracts is unclear. His complaints include a wide and varied range of topics, including allegations of rapes and beatings, problems with "infected bloods," some unidentified form of discrimination, interference with the mail, not receiving items in a personal care package, and not being fed chicken on the bone at least twice a month. Taken as a whole, they have no coherent meaning. Plaintiff must set out coherent claims.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)). The Court notes that Plaintiff made similar past filings in cases 1:16CV678 and 1:16CV930 and that the Court informed Plaintiff previously that he should not continue to make these filings, but should use the appropriate forms and set forth comprehensible claims. Plaintiff will not receive relief and his filings will not be considered by the Court when submitted in the current manner. Also, the Court informs Plaintiff that it is not likely to treat any similar future filings as an attempt at filing a case absent a clear intent by Plaintiff to do so. If Plaintiff wishes to file a case and have any chance of having any claim heard he must make proper filings on proper forms as previously instructed.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.  The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms which corrects the defects cited above.

This, the 13th day of September, 2016.

_____/s/ L. Patrick Auld_____
**L. Patrick Auld**
**United States Magistrate Judge**